UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY ALEXANDER                                                                                  PLAINTIFF

V.                                       No. 5:18CV00065 JLH/JTR

BELL, Deputy,
Dub Brassell Detention Center, *et al.*                                                         DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects. Document #11.

IT IS THEREFORE ORDERED THAT:

1. Anthony Alexander may proceed with his 42 U.S.C. § 1983 failure to protect and state negligence law claims against Deputy Ford, Deputy Scott, Deputy Bell, Captain Ed Adams, and Major Tylor, in their individual and official capacities.

2. The Clerk is directed to prepare summonses for Ford, Scott, Bell, Adams and Tylor. The United States Marshal is directed to serve the complaint, three amended complaints, and this Order on Ford, Scott, Bell, Adams and Tylor without prepayment of fees and costs or security therefor.[1]

3. Alexander's claims against Gerald Roberson are dismissed without prejudice, and he is dismissed as a defendant in this lawsuit.

---

[1] If any of the defendants are no longer Jefferson County employees, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 24th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE