# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY ALEXANDER**                                                                           **PLAINTIFF**

v.                       Case No. 5:18-cv-00065 KGB-JTR

**RAEONIA BELL, Deputy,**
**Dub Brassell Detention Center,** *et al.*                                     **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 83). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).

Accordingly, this Court denies in part and grants in part defendants' motion for summary judgment (Dkt. No. 62). The Court denies the motion as to plaintiff Anthony Alexander's claim pursuant to 42 U.S.C. § 1983 alleging failure to protect and his negligence claim against defendant Joyce Scott, in her individual capacity. The Court grants the motion as to all other defendants and claims. The Court dismisses with prejudice all of Mr. Alexander's other claims, including his claims against defendants Terry Ford, Raeonia Bell, Ed Adams, and Tyra Tyler and his negligence claim against Ms. Scott in her official capacity.

It is so ordered this 6th day of April, 2020.

                                                                                 Kristine G. Baker
                                                                                 United States District Judge