IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY ALEXANDER**                                                                                   **PLAINTIFF**

v.                                   Case No. 5:18-cv-00065 KGB-JTR

**JOYCE SCOTT, Deputy,**
**Dub Brassell Detention Center,**                                                              **DEFENDANT**

## ORDER

Before the Court is a recommended disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 94). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, defendant Deputy Joyce Scott's motion to dismiss is granted (Dkt. No. 91). Plaintiff Anthony Alexander's remaining claims against Deputy Scott are dismissed without prejudice due to a lack of prosecution. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 26th day of January, 2021.

Kristine G. Baker
United States District Judge