IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANTHONY ALEXANDER**                                                       **PLAINTIFF**

v.                               **Case No. 5:18-cv-00065 KGB-JTR**

**JOYCE SCOTT, Deputy,**
**Dub Brassell Detention Center,**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Anthony Alexander's claims are dismissed without prejudice (Dkt. No. 2). The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 26th day of January, 2021.

                                                                  Kristine G. Baker
                                                                  United States District Judge